# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146228

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 146228
                              COA: 311929

MARIO JOHNSON,
                              Wayne CC: 05-012286
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



s0617

Clerk